UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | * | Case No. 10-94166-wlh |
| | * | |
| THE HAMMER CORPORATION, | * | Chapter 11 |
| | * | |
| Debtor. | * | |
| | * | |

### MOTION FOR ADMINISTRATIVE CONSOLIDATION

COMES NOW, The Hammer Corporation, Debtor and Debtor-in-Possession, and files this Motion for Administrative Consolidation pursuant to 11 U.S.C. § 105 and Fed.R.Bankr.P. 1015(b), and in support thereof respectfully represents:

1. On November 12, 2010, Debtor filed a petition constituting an order for relief under 11 U.S.C. Chapter 11.

2. Debtor has continued in possession of its property and continues to operate as Debtor-in-Possession.

3. The Debtor has an affiliate that also filed a Chapter 11 petition in this Court on November 12, 2010: Innovative Candy Concepts, LLC (Case No. 10-94174). Administrative consolidation of the debtors' (collectively "Debtors")'s estates is necessary for efficient administration and is in the best interest of the respective creditors. Factors supporting administrative consolidation include:

    (a) The Debtors have common ownership and management;

    (b) The Debtors have common creditors.

    (c) The Debtors are affiliates as that term is defined in 11 U.S.C. § 101.

    (d) Debtor The Hammer Corporation is the parent corporation of the Debtor Innovative Candy Concepts, LLC.

349424-1

4        It is impractical to administer these estates separately, and to attempt to do so would impose undue financial burdens on the estates of the Debtors to the detriment of their creditors.

**WHEREFORE**, the Debtor respectfully requests that the Court

(a)     enter an order administratively consolidating the estates of the above-referenced Debtors, pursuant to 11 U.S.C. § 105 and Fed.R.Bankr.P. 1015(b), and

(b)     grant such other and further relief as it deems just and proper.

Dated November 12, 2010, Atlanta, Georgia.

Respectfully submitted,

/s/ Todd E. Hennings_____
Todd E. Hennings, Georgia Bar 347302
Frank B. Wilensky, Georgia Bar 758700

Macey, Wilensky, Kessler & Hennings, LLC
230 Peachtree Street, N.W.
Suite 2700
Atlanta, GA 30303-1561
(404) 584-1200
(404) 681-4355 – Facsimile
thennings@maceywilensky.com

349424-1