**IT IS ORDERED as set forth below:**

Date: November 18, 2010

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | * | Case No. 10-94166 WLH |
| | * | |
| THE HAMMER CORPORATION, | * | Chapter 11 |
| | * | |
| Debtor. | * | |

**ORDER APPROVING MOTION OF DEBTORS-IN-POSSESSION INNOVATIVE CANDY CONCEPTS AND THE HAMMER CORPORATION FOR JOINT ADMINISTRATION OF CHAPTER 11 BANKRUPTCY CASES**

This matter came before the Court on the Motion of Debtors-in-Possession Innovative Candy Concepts, LLC and The Hammer Corporation for Joint Administration of Chapter 11 Bankruptcy Cases (the "Motion"), filed by Debtors-in-Possession Innovative Candy Concepts, LLC and The Hammer Corporation (collectively "Debtors"), and seeking the entry, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, of an Order providing for joint administration of the Debtors' separate Chapter 11 cases.

349521-1

The U.S. Trustee was present at the hearing on the Motion and had no opposition to the Motion. Upon the Court's consideration of the Motion and the Debtor's proffer at the hearing it is the Court's determination that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest, and it appearing that proper and adequate notice of the Motion for Joint Administration has been given, and that no other or further notice is necessary,

IT IS HEREBY ORDERED that the Motion be and is hereby GRANTED.

IT IS HEREBY ORDERED, that the above-styled Chapter 11 cases shall be jointly administered by the Court.

IT IS HEREBY ORDERED that the caption of the jointly administered cases shall be as follows:

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN RE | * | Case No. 10-94174 WLH |
| | * | (Jointly administered with Case |
| | * | No.10-94166 WLH) |
| INNOVATIVE CANDY CONCEPTS, LLC, | * | |
| | * | Chapter 11 |
| | * | |
| and | * | |
| | * | |
| THE HAMMER CORPORATION, | * | |
| | * | |
| Debtors. | * | |
| | * | |

IT IS HEREBY ORDERED that the caption provided above shall be deemed to comply with the requirement of 11 U.S.C. § 342 and Bankruptcy Rules 1005 and 2002.

349521-1

IT IS HEREBY ORDERED that a docket entry shall be made in each of the Debtors' cases substantially as follows:

An Order has been entered in this Case directing the joint administration of the Chapter 11 cases of Innovative Candy Concepts, LLC, and The Hammer Corporation.  The docket in case number 10-94174 shall be consulted for all matters affecting these cases.

**END OF DOCUMENT**

PREPARED & PRESENTED BY:

MACEY, WILENSKY, KESSLER & HENNINGS, LLC


_____/s/_____
Frank B. Wilensky
Georgia Bar No. 758700
Vania S. Allen
Georgia Bar No. 558756
Suite 2700
230 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 584-1200
(404) 681-4355
fwilensky@maceywilensky.com
vallen@maceywilensky.com
*Attorneys for Debtor*

349521-1

# DISTRIBUTION LIST

Frank B. Wilensky, Esq.
Vania S. Allen, Esq.
Macey, Wilensky, Kessler & Hennings, LLC
Suite 2700
230 Peachtree Street, N.W.
Atlanta, Georgia 30303

Vincent J. Restauri, Esq.
P.O. Box 1806
Cranberry Township, Pennsylvania 16066

Robert Zadek, Esq.
Buchalter Nemer
333 Market Street, 25th Floor
San Francisco, California 94105

David S. Weidenbaum, Esq.
Office of the United States Trustee
Suite 362
75 Spring Street, S.W.
Atlanta, Georgia 30303

Ted W. Hight, III, Esq.
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South
Suite 300
Norcross, GA  30092

349521-1